The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON-SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>BRANDEN TRAGER,<br><br>                Defendant. | No. CR25-5 LK<br><br>DEFENDANT'S SENTENCING MEMORANDUM<br><br>[CLERK'S ACTION REQUIRED] |

## I.  INTRODUCTION.

Branden Trager, by and through his attorney Jeffrey Kradel, submits this Sentencing Memorandum after his conviction by guilty plea to one misdemeanor count of Lacey Act Trafficking,

2.

The defense is asking the Court to apply a variance from the applicable sentencing guidelines range and impose a sentence of one year probation and a $100,000.00 fine.  The defense is asking that the Court set a schedule for payments on the fine rather than being due and payable immediately.

This request is made based upon Mr. Trager's lack of prior history, his distinguished military service, and the circumstances of this offense.

DEFENDANT'S SENTENCING
MEMORANDUM - 1

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com

## II. THE DEFENDANT'S LIFE.

Branden Trager is 47 years old. He grew up in Chillicothe, a small rural town in Missouri, where his family was close-knit and working class. His father worked construction while his mother was a teacher. Mr. Trager and his younger sister were loved and supported. Branden excelled in sports, enjoyed school, and had what he recalls as an almost idyllic middle American life.

After high school Mr. Trager joined the U.S. Army. He would spend the next 24 years serving, including multiple tours in Afghanistan. It was a career marked by accomplishment and advancement reflective of Mr. Trager's strong work ethic and commitment to the well-being of the men and women with whom he served. He received numerous awards and decorations to include the Defense Meritorious Medal (3rd highest joint service medal), multiple Meritorious Service Medals, multiple Army Commendation Medals and over a dozen Army Achievements Medals. Multiple Military Outstanding Volunteer Awards, seven army good conduct medals and the Army Combat Badge. See Appendix B.

Serving in a combat theater had a profound impact on Mr. Trager, and he has periodically received counseling for PTSD and accompanying psychological scars. He knew that a place where he found solace was in outdoors activities, including hunting and fishing. Along with three other veterans he founded Fallen Outdoors in an effort to support other veterans and their families.

Fallen Outdoors is a veteran-run, all-volunteer 501(c)(3) nonprofit dedicated to connecting Veterans, Service Members, and Gold Star families through the great outdoors. It provides no-cost therapeutic outdoor adventures for those who have served or are currently

serving, as well as Gold Star families. Through connection, camaraderie, and shared experiences, the organization looks to combat the crisis of Veteran suicide.

Mr. Trager began his involvement with Fallen Heros in 2011, and the organization obtained non-profit status in 2015. He has regularly donated approximately 1000 hours each year to the organization, eventually serving as its President. His indictment in this case has forced him to step back in an effort to shield the organization from unfounded negative publicity.

It is a loss to both the organization and Mr. Trager and perhaps the most profoundly negative consequence of the Government's decision to pursue a criminal prosecution in this case. That is not to say the facts here could not support a criminal prosecution, just that little consideration was given to the necessity of invoking the power of criminal sanction under these circumstances, with this individual, in order to accomplish the purposes of the criminal justice system.

### III.   GUIDELINE CALCULATIONS

The defense agrees with the calculations of the applicable United States Sentencing Guidelines to this offense contained within the Presentence Report submitted by United States Probation.

### IV.   THE GOVERNMENT and PROBATION RECOMMENDATIONS

The Government is recommending a sentence of three years of probation, 240 hours of community service, as well as the agreed-upon $100,000.00 fine.

DEFENDANT'S SENTENCING
MEMORANDUM - 3

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com

United States Probation is recommending the court impose two years of probation, 240 hours of community service, and the $100,000.00 fine.

The defense recommendation differs on the length of probation and amount of community service, for reasons addressed below.

## V. BASIS FOR REQUESTED SENTENCE

Branden Trager has no criminal history and no history of violating the Lacey Act or any other federal or state laws and regulations. The unlawful conduct in this case was function of a confluence of events (closure of Harlequin season in Washington) and a lapse in judgment (pursuing the Canadian hunts). It is not reflective of how Mr. Trager conducts himself as a fishing and hunting professional and is inconsistent with a man who has spent his adult life serving his country and then serving those injured while doing the same.

Mr. Trager is a decorated war veteran. When his time on active duty was done, he helped create and run a charitable organization that connect wounded veterans with the outdoors. The impact the organization has had on the lives of countless veterans is immeasurable. The letters submitted with this report provide a glimpse of the import of his work, and the way in which Mr. Trager provided a valuable resource for healing.

The recommendation of 240 hours of community service by the Government and Probation is excessive given the facts in this case, Mr. Trager's history of not just lawful conduct, but personal sacrifice in service of his country and fellow veterans. It is also excessive in light of the agreed monetary penalties.

Mr. Trager is not wealthy and did not make significant money from the hunts at the heart of this case. But he has agreed to pay a severe monetary penalty, something that will

DEFENDANT'S SENTENCING
MEMORANDUM - 4

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com

require a great deal of time and effort to earn and satisfy. Placing an additional burden of 240 hours of community service only sets him up to fall short on paying the fine. 40 hours of community service is more than sufficient to reinforce to Mr. Trager the wrongfulness of his conduct and provide the community the benefit of his labor.

IV. **CONCLUSION**

The defendant respectfully requests the Court impose a sentence of one year of probation, 40 hours of community service, and a $100,000.00 fine.

DATED this 26th day of October 2025.

Respectfully submitted,

s/Jeffrey L. Kradel
WSBA No. 26767
Attorney for Branden Trager
1455 NW Leary Way
Seattle WA 98107
206/397-3102 voice
206/922-5547 facsimile
jeff@kradeldefense.com

CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties, including AUSA Seth Wilkinson and Senior Trial Attorney Ryan Connors of the United States Department of Justice

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com

/s Jeffrey Kradel

DEFENDANT'S SENTENCING
MEMORANDUM - 6

**KRADEL DEFENSE PLLC**
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com