To the Honorable Judge King,

I, Branden N. Trager, deeply regret the choices I made in regard to the situation that has brought me before you. The impact on my life will have a lasting effect—morally, personally, and financially. My family, those close to me, and the community I have served have been devastated by my actions.

I have always tried to do the right thing, serving my community, my country, and my fellow people. However, circumstances can sometimes overwhelm judgment, and in this instance, that is what happened. I did not set out to break the laws of this nation or that of Canada.

I know I can do better and I am committed to moving forward in a positive direction. My hope is that the people who have depended on me—and the organization I helped create, which has supported so many veterans—will be able to recover from this and continue moving forward as well.

Respectfully,
Branden N. Trager